UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

IN RE:                                                                 Hearing Date: November 21, 2022
                                                                              Hearing time: 10:00 a.m.
ROBERT P ANGONA SR.
DBA THE ROBERT GROUP                                   Case No.: 22-42003-ess
                  Debtor.                                        Chapter 13
                                                                              Judge:  Elizabeth S. Stong
_____

## OBJECTION TO CONFIRMATION

Courtney R Shed, Esq., an attorney duly admitted to practice before the United States Bankruptcy Court for the Eastern District of New York, states the following under the penalty of perjury:

1.      I am an attorney at law duly licensed to practice before this Court and an associate with the office of Gross Polowy, LLC, attorneys for Rushmore Loan Management Services, LLC as servicing agent for U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT ("Secured Creditor"), and as such, am fully familiar with the facts and circumstances of the present case.

2.      Secured Creditor is the holder of a note secured by a mortgage on real property commonly known as 23-67 19th Street, ASTORIA, NY 11105 which property is owned by the Debtor.

3.      The Debtor filed a Chapter 13 Plan on September 1, 2022 which does not state the arrears owed Secured Creditor and does not list Secured Creditor at all.

4.      Secured Creditor will file a Proof of Claim listing approximately $845,717.70 in pre-petition arrears.

5.      The Debtor's proposed Chapter 13 Plan provides for total plan payments in the amount of $0.00, which is insufficient to fully pay the arrears owed to Secured Creditor. Accordingly, the Debtor's proposed Plan is not feasible.

6.      Additionally, the Debtor's proposed plan does not provide for post-petition payments, however the Secured Creditor is entitled to post petition payments in the amount of $4,654.17 per month.

7.　　As the Debtor's proposed plan fails to provide for full payment of the arrears listed in the Proof of Claim to be filed by Secured Creditor and fails to provide for sufficient funds to be paid into the Plan, confirmation of the Plan must be denied pursuant to 11 U.S.C.§1325.

　　　　WHEREFORE, it is respectfully requested that this Court deny confirmation of the Debtor's proposed plan, and for such other and further relief as to this Court deems just and equitable.

/s/ Courtney R Shed

Courtney R Shed, Esq.