UNITED STATES BANKRUPTCY COURT      November 21, 2022
EASTERN DISTRICT OF NEW YORK      10:00 A.M.
=================================X
IN RE:      Case No. 122-42003-ESS

ROBERT P ANGONA, SR.,      Hon. ELIZABETH S. STONG
dba THE ROBERT GROUP

     **NOTICE OF MOTION**

         Debtor.
=================================X

     PLEASE TAKE NOTICE, that upon the within application, Krista M. Preuss, Chapter 13 Trustee will move this court before the Hon. Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, at 271 Cadman Plaza East, Brooklyn, New York Courtroom 3585, on November 21, 2022 at 10:00 AM or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

     **<u>Any hearing on the within application will be held telephonically only.  No in-person hearing will be held in the Courthouse.</u>**

     Any party appearing telephonically must register their appearance at least one business day before the hearing.  The Judge's Procedures, including the instructions and web link for registering for a court hearing appearance, are posted on the Court's website at https://www.nyeb.uscourts.gov/content/judge-elizabeth-s-stong.  CALL-IN INFORMATION: Dial 888-808-6929; Access Code – 8523285#.

     Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Bankruptcy Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:    Jericho, New York
        November 4, 2022             /s/ Krista M. Preuss
                                                     KRISTA M. PREUSS, TRUSTEE
                                                     100 JERICHO QUADRANGLE, STE 127
                                                     JERICHO, NY 11753
                                                     (516) 622-1340

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>==================================X<br>IN RE:<br><br>ROBERT P ANGONA, SR.,<br>dba THE ROBERT GROUP<br><br>            Debtor.<br>==================================X | November 21, 2022<br>10:00 A.M.<br><br>Case No: 122-42003-ESS<br><br>Hon. ELIZABETH S. STONG<br><br>**APPLICATION** |

TO THE HONORABLE ELIZABETH S. STONG U.S. BANKRUPTCY JUDGE:

Nathan Z. Kaufman, Staff Attorney to KRISTA M. PREUSS, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on August 22, 2022, and, thereafter, KRISTA M. PREUSS was duly appointed and qualified as Trustee.

2. The Debtor's proposed Chapter 13 Plan (hereinafter the "Plan"), dated September 1, 2022, does not provides for any Plan payments.  The Plan does not propose treatment of any creditors.

3. The Trustee objects to the confirmation of the Plan because the Plan is incomplete and cannot be implemented.

4. The Debtor's budget, schedules I and J, indicates the Debtor has a negative net monthly income, demonstrating the Debtor cannot afford all payments under the Plan as required by 11 U.S.C. §1325(a)(6).

5. The Trustee objects to the confirmation of the Plan because the Plan is not sufficiently funded to pay all priority creditors in full as required by 11 U.S.C. §1322(a)(2).

6. Furthermore, the Debtor has failed to:

   a. commence making Chapter 13 Plan payments to the Trustee as required by 11 U.S.C. § 1326(a)(1); and

   b. provide the Trustee with a copy of a federal income tax return or transcript for the most recent year, 7 days before first meeting of creditors pursuant to 11 U.S.C. §521(e)(2)(A)(i); and

   c. provide the Trustee with disclosure documentation as required by E.D.N.Y LBR 2003-1; and

   d. serve the plan on the trustee and all creditors within 7 days of filing of the plan and file proof of service there of as required by E.D.N.Y. LBR 3015-1(b).

7. The Plan cannot be confirmed and as a result a delay has occurred that is prejudicial to the rights of creditors. The case must be dismissed under 11 U.S.C. § 1307(c)(1) and (c)(5).

8. Each of the foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case, and such other and further relief as may seem just and proper.

Dated: Jericho, New York
        November 4, 2022

*s/Nathan Z. Kaufman*
Nathan Z. Kaufman, Staff Attorney
Chapter 13 Trustee Krista M. Preuss

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X    Case No: 122-42003-ESS
IN RE:

                                                                       CERTIFICATE OF SERVICE

  ROBERT P ANGONA, SR.,
   dba THE ROBERT GROUP

                            Debtors.
-----------------------------------------------------------X

              I, Kristin Wenze, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

ROBERT P ANGONA, SR.
23-67 19th STREET
ASTORIA, NY 11105


Notice by electronic transmission generated by the ECF system to the following person/entities pursuant to Bankruptcy Rule 9036:

Rushmore Loan Management Services, LLC c/o Gross Polowy, LLC, cwilliams@grosspolowy.com


Transmission times for electronic delivery are Eastern Time zone.

This November 4, 2022


/s/ Kristin Wenze
Kristin Wenze, Paralegal
Office of the Standing Chapter 13 Trustee
Krista M. Preuss
100 Jericho Quadrangle; Ste 127
Jericho, NY 11753
(516) 622-1340

CASE NO: 122-42003-ESS
Hon. ELIZABETH S. STONG

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
==========================================================================
IN RE:

ROBERT P ANGONA, SR.,
dba THE ROBERT GROUP


                        Debtor.
==========================================================================

NOTICE OF MOTION AND APPLICATION TO DISMISS CASE

==========================================================================




KRISTA M. PREUSS, TRUSTEE
100 JERICHO QUADRANGLE, STE 127
JERICHO, NY 11753
(516) 622-1340