UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                      Chapter 13

    ROBERT P ANGONA, SR.                             Case No. 22-42003-ess
    *dba* THE ROBERT GROUP

              Debtor.
----------------------------------------------------------x

## ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE CONVERTED OR DISMISSED WITH PREJUDICE

WHEREAS, on August 22, 2022, Robert P Angona, Sr. (the "Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

WHEREAS, on November 4, 2022, Kathleen Moore filed a motion to convert this Chapter 13 case to a Chapter 7 or in alternative to dismiss the case with prejudice (the "Motion"); and

WHEREAS, on November 21, 2022, the Court held a hearing on the Motion, at which Kathleen Moore, by counsel, and the Chapter 13 Trustee appeared and were heard, and the Debtor did not appear.

NOW THEREFORE, it is hereby

ORDERED, that the Court will hold a continued hearing on the Motion and this Order to Show Cause on December 19, 2022, at 10:00 a.m. before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, NY 11201; and it is further

ORDERED, that the Debtor is directed to appear at the December 19, 2022 hearing, and show cause why this case should not be converted to one under Chapter 7 or dismissed with a two year bar to refiling; and it is further

**ORDERED, that this hearing will be conducted remotely, via telephone. It is not necessary to request prior authorization to appear remotely. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:**

1

Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two business days before the hearing.

On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio on mute until your case is called. Note that, depending on where your case is on the calendar, you may have to wait for a time with your phone on mute until your case is called.

Below are the instructions to dial in for the telephonic appearance:

1. Dial in Number 888-808-6929
2. Access Code – 8523285#
3. State your name each time before speaking
4. Avoid the use of a speaker phone, and use a landline if possible
5. If you are not speaking, keep your phone on mute.



Dated: Brooklyn, New York
November 23, 2022

/s/ Elizabeth S. Stong
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Robert P Angona, Sr.
23-67 19 Street
Astoria, NY 11105

Krista M Preuss
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753

Courtney R Shed, Esq.
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Julie Cvek Curley
KIRBY AISNER & CURLEY LLP
Attorneys for Kathleen Moore
700 Post Road, Suite 237
Scarsdale, New York 10583