# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 11/23/2022 |
| Case: 1−22−42003−ess | Form ID: pdf000 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
tr      Krista M Preuss      info@ch13edny.com
aty      Courtney R. Shed      cwilliams@grosspolowy.com
aty      Julie Cvek Curley      JCurley@kacllp.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Robert P Angona, Sr.      23−67 19 Street      Astoria, NY 11105

TOTAL: 1