UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

                                            Chapter 13

ROBERT P. ANGONA, SR.,                  Case No. 22-42003 (ESS)
    *dba* The Robert Group

                            Debtor.
-------------------------------------------------------------X

### ORDER DISMISSING CHAPTER 13 CASE WITH PREJUDICE, WITH A TWO (2) YEAR BAR TO REFILING

Upon the motion dated November 3, 2022 [ECF No. 19] (the "Motion") of the above chapter 13 debtor Robert P. Angona, Sr. (the "Debtor"), for an order pursuant to 11 U.S.C. §§1307(a) and 349(a) to convert this Chapter 13 case to a case under Chapter 7, or in the alternative, dismissal of the Chapter 13 case with prejudice; and it appearing that due and sufficient notice of the Motion and the hearing thereon was provided; and there being no opposition to the requested relief; and this Court having entered an Order to Show Cause why this case should not be converted to one under Chapter 7 or dismissed with a two year bar to refiling [ECF No. 20](the "Order to Show Cause"); and upon the record of the November 21, 2022 and December 19, 2022 hearings on the Motion and Order to Show Cause; and, after due deliberation, the Court having determined that the filing of this Chapter 13 case was in bad faith and part of a scheme to delay, hinder, and defraud creditors that has involved multiple bankruptcy filings by the Debtor; and good and sufficient cause appearing, including the failure of the Debtor to perform his duties under 11 U.S.C. §521 in good faither in multiple bankruptcy cases, it is hereby

**ORDERED,** ~~that the Motion and Order to Show Cause is granted; and it is further~~

**ORDERED,** that under 11 U.S.C. §§1307(c), 349(a), and 105(a) this Chapter 13 case is dismissed ~~with prejudice~~ with a bar to ***the Debtor's*** filing a bankruptcy petition under any chapter of the Bankruptcy Code for two (2) years from the date of entry of this Order, unless the Debtor

1

obtains leave of the Bankruptcy Court, on notice to (i) Kathleen Moore and her counsel, Kirby Aisner & Curley LLP, (ii) the Chapter 13 Trustee, and (iii) the Office of the U.S. Trustee.



**Dated: Brooklyn, New York**
**December 29, 2022**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**